# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**MARTHA LILIA ZUNIGA**
**MASCORRO,**

*Plaintiff*

**v**                                          Case No.  **SA-23-CV-00971-JKP-HJB**

**ALEJANDRO MAYORKAS, UR M.**
**JADDOU, CONNIE NOLAN,**

*Defendant*

## O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal seeking to dismiss this cause. *ECF No. 6*. The Court deems the terms of the dismissal proper.

In accordance with Federal Rule of Civil Procedure 41(a)(2), it is ORDERED all causes of action asserted by Plaintiff are DISMISSED**.**

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Clerk of Court is DIRECTED to withdraw the Court's referral of this matter to Magistrate Judge Bemporad and close the case.

It is so Ordered.
SIGNED this 10th day of October, 2023.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE